Case 7:26-cv-03483-KMK Document 17 Filed 07/10/26 Page 1 of 1

SOKOLOFF STERN LLP

80 WASHINGTON STREET, SUITE 100, POUGHKEEPSIE, NEW YORK 12601 PHONE (845) 262-6333 SOKOLOFFSTERN.COM

KIMBERLY HUNT LEE
KLEE@SOKOLOFFSTERN.COM

July 10, 2026

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE: Treadwell v. Town of Poughkeepsie, et al
7:26-cv-03483-KMK-JCM
Our File No. 250196PK

Dear Judge Karas:

This office represents the Town of Poughkeepsie; the Town of Poughkeepsie Police Department; Police Officer Kaitlyn Perine; Police Officer Kevin Herrera; Sergeant Ryan Watt; and Police Officer Tiere Sprull. We write to request an adjournment of the pre-motion conference set for July 20, 2026 at 12:30 p.m. as I will be away on vacation from July 16, 2026, through July 24, 2026. This request is being made on consent of all counsel and is the first request for an adjournment.

Granted. The conference is adjourned to 7/ 30 /26, at 4:00 via teleconference
So Ordered.
7/10/26

Respectfully yours,

SOKOLOFF STERN LLP

Kimberly Hunt Lee

KIMBERLY HUNT LEE

KHL/dmf
cc: Eric D. Parker, Esq./Schonberg Law Offices
Michael T. Cook, Esq./Cook, Kurtz & Murphy, P.C.