SOKOLOFF STERN LLP

80 WASHINGTON STREET, SUITE 100, POUGHKEEPSIE, NEW YORK 12601 PHONE (845) 262-6333 SOKOLOFFSTERN.COM

KIMBERLY HUNT LEE
KLEE@SOKOLOFFSTERN.COM

October 26, 2026

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE: Treadwell v. Town of Poughkeepsie, et al
7:26-cv-03483-KMK-JCM
Our File No. 250196PK

Dear Judge Karas:

This office represents defendants the Town of Poughkeepsie, the Town of Poughkeepsie Police Department, Police Officer Kaitlyn Perine, Police Officer Kevin Herrera, Sergeant Ryan Watt and Police Officer Tiere Sprull. We write on consent of all parties to request an adjournment of the conference currently scheduled for October 28, 2026 at 10:00 am. The reason for this request is that the mediation which was scheduled in October was adjourned to November 19, 2026. We anticipate the mediation will proceed on that date and would ask the court to reschedule this week's conference until after the mediation. This is our first request for an adjournment.

We appreciate the court's consideration of this request.

Granted. The Parties are to provide a status report by 11/30/26.

So Ordered.

10/26/26

Respectfully yours,

SOKOLOFF STERN LLP

Kimberly Hunt Lee

KIMBERLY HUNT LEE

KHL/dmf
cc: Eric D. Parker, Esq./Schonberg Law Offices
Michael T. Cook, Esq./Cook, Kurtz & Murphy, P.C.